December 10, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

### ZELENI GRISSMORE, Appellant

NO. 14-13-00870-CV            V.

### TARGET CORPORATION, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 21, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Zeleni Grissmore.

We further order this decision certified below for observance.